428 A.2d 680

In the Interest of R. R.

Appeal of R. R.

Submitted December 6, 1969.  James M. Bucci, for appellant;  J. Michael Morrissey, District Attorney, for Commonwealth, participating party.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Order affirmed.  Each party to pay own costs.

428 A.2d 681

Davis et ux. v. Maas et ux., Appellants.

Submitted December 3, 1979.  Dianne M. Fitze, for appellants;  Brendan Vanston, for appellees.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Order affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.